

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2019

No. 04-19-00417-CV

**IN THE INTEREST OF C.N.H, A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017EM500829
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On August 8, 2019, the trial attorney for the appellee in this appeal filed a notice of nonrepresentation. The notice does not comply with TEX. R. APP. P. 6.4 because it: (1) does not give the appellee's last known address and telephone number; and (2) is not signed by the appellee. Accordingly, the notice of nonrepresentation is STRICKEN, and the trial attorney will continue to receive all notices, copies of documents, and other communications.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court